IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ISSE AWEIS MOHAMUD<br>[DOB: 05/12/1995],<br><br>　　　　　Defendant. | Case No. _____<br><br>*Passport Fraud*<br>18 U.S.C. § 1542<br>NMT: 10 years' imprisonment<br>NMT: $250,000 fine<br>NMT: 3 years' supervised release<br><br>Class C felony<br><br>$100 mandatory special assessment |

## **I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

From on or about January 27, 2017 up to and including on or about May 4, 2017, in the Western District of Missouri and elsewhere, ISSE AWEIS MOHAMUD, the defendant, did willfully and knowingly make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, and did willfully and knowingly use a passport the issue of which was secured in any way by reason of a false statement.

All in violation of Title 18, United States Code, Section 1542.

　　　　　　　　　　　　　　　　　　　A TRUE BILL.

_____6/1/17_____　　　　_____/s/ Jennifer L. Kolarik_____
DATE　　　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY


__/s/ Brian P. Casey_____
Brian P. Casey
Assistant United States Attorney

__/s/ David Raskin_____
David Raskin
Assistant United States Attorney