UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| Isse Aweis Mohamud, ) | Case No. 17-00172-01-CR-W-DGK |
| ) | |
| Defendant. ) | |

**ORDER**

It is hereby ordered that the United States Probation and Pretrial Office for the Western District of Missouri is granted approval to review Isse Aweis Mohamud's global positioning points, via his monitored cellular telephone, from the onset of supervision and for 90-days following the Court's approval.

/s/ Greg Kays
GREG KAYS
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 1st day of June, 2021.